# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Haywood Williams,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                3:03-cv-493

Igrain Padilla, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/05 Order.

**Signed: September 2, 2005**

Frank G. Johns, Clerk
United States District Court